*1*

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2010 APR 27 AM 8:34
JACKSONVILLE DIVISION

JACKSONVILLE FLORIDA

JANIE SALANITRO
SOCIAL SECURITY ADMINISTRATION, CSA (CIVIL SVC. ANNUITANT)
SOCIAL INSURANCE SPECIALIST, GS-11 (RETIRED)

PLAINTIFF

CASE NO. 3:10-cv-363-J-32mcr

VS.

UNITED STATES OFFICE OF PERSONNEL MGMNT.,
RETIREMENT OPERATIONS DIVISION
PO BOX 45
BOYERS, PA. 16017-0045

DEFENDANT           TITLE OF PLEADING

WILLFULL VIOLATION OF THE
"FREEDOM OF INFORMATION ACT"
AND ILLEGAL WITHOLDING OF
COST OF LIVING INCREASE DUE FOR
CALENDAR YEAR 2010 AS A CIVIL
SERVICE ANNUITANT

I, JAMES SALANITRO, HEREINAFTER REFERED TO AS

THE PLAINTIFF, DO ENTER THE ATTACHED MOTION

AGAINST THE UNITED STATES OFFICE OF PERSONNEL

MANAGEMENT, RETIREMENT OPERATIONS DIVISION, PO BOX 45

BOYERS, PENNSYLVANIA, 16017-0045, HEREINAFTER REFERED TO AS

THE DEFENDANT: TO WIT THAT THEY WILLFULLY VIOLATED THE

FREEDOM OF INFORMATION ACT BY WITHHOLDING PERTINENT

AND LEGALLY AVAILABLE, FULLY DISCLOSABLE INFORMATION

IN THEIR POSSESSION UNDER SAID ACT FROM THE PLAINTIFF

AND ILLEGALLY WITHHELD THE COST OF LIVING INCREASE DUE

TO THE PLAINTIFF AS A CIVIL SERVICE ANNUITANT FOR THE

CALENDAR YEAR 2010, AND WHICH IS FULLY AN INTEGRAL

PART OF THE CIVIL SERVICE ANNUITY THE PLAINTIFF BECAME

ENTITLED TO UPON HIS RETIREMENT AFTER 25 YEARS OF

SERVICE 12/30/97. THIS MOTION SEEKS THE RESTORATION OF

THE ANNUAL COST OF LIVING INCREASE THAT IS LEGALLY DUE

AND WHICH HERETOFORE HAS BEEN TIMELY RECIEVED EACH

AND EVERY YEAR SINCE RETIREMENT; INTEREST AND SUBSTANTIAL

PENALTIES FOR WITHOLDING OF MONETARY AMOUNTS LEGALLY

ENTITLED TO; AND PAYMENT OF ALL COURT COSTS FOR THE

NECESSITY OF FILING THIS MOTION TO OBTAIN THE ENFORCE-

MENT OF RIGHTS LEGALLY BINDING UPON THE DEFENDANT

UPON THE PLAINTIFF'S RETIREMENT UNDER CIVIL SERVICE 12/30/97.

ON DECEMBER 29 2009 THE PLAINTIFF RECIEVED FORMAL

WRITTEN NOTIFICATION ON FORM RI-20-53 THAT NO COST

OF LIVING INCREASE WAS PAYABLE IN 2010 AS THERE WAS

ALLEGEDLY NO INCREASE IN THE CONSUMER PRICE INDEX USED

AS THE BASIS FOR COST OF LIVING ADJUSTMENTS FOR CIVIL

SERVICE ANNUITIES, AND THAT THIS WAS THE BASIS FOR DENIAL

OF PLAINTIFF'S COST OF LIVING ADJUSTMENT FOR CALENDAR

YEAR 2010.

THE COST OF LIVING INCREASE IS PAYABLE EACH AND EVERY

JANUARY SUBSEQUENT TO THE FIRST DAY OF EACH YEAR

ON THE FIRST BUSINESS DAY AFTER THE FIRST YEAR

OF RETIREMENT. SINCE THE PLAINTIFF'S RETIREMENT

AT THE CLOSE OF BUSINESS 12/30/97 THE PLAINTIFF HAS

RECIEVED THESE INCREASES TIMELY UPTHROUGH AND INCLUDING

JANUARY 2009, ON THE FIRST BUSINESS DAY OCCURING

AFTER JANUARY 1ST. FOR JANUARY 2010 PLAINTIFFS COST

OF LIVING INCREASE WAS DENIED.

ON SEVERAL SEPARATE OCCASSIONS THE PLAINTIFF REQUEST-

ED   FROM THE DEFENDANT BY TELEPHONE COPIES OF

THE COMPLETE REGULATIONS WHICH THEY ALLEGEDLY

USED TO DENY THE PLAINTIFF'S COST OF LIVING INCREASE

AND HOW IT WAS FIGURED. THE PLAINTIFF WAS ADVISED

THE INFORMATION WOULD BE FORTHCOMING AND EACH

TIME WAS SIMILARLY ADVISED THAT SOCIAL SECURITY

PENSIONS WOULD LIKEWISE RECIEVE NO COST OF LIVING

ADJUSTMENT EITHER, AS THE SAME INDEX IS APPLICABLE TO BOTH.

NO RESPONSE WAS EVER RECIEVED.

AS A **RESULT** OF THE PRECEDING ON MARCH 10 2010

SAID PLAINTIFF MADE FORMAL WRITTEN REQUEST FOR

THE INFORMATION PREVIOUSLY VERBALLY REQUESTED

TO DEFENDANT VIA TELEPHONE UNDER "THE FREEDOM OF

INFORMATION ACT." UNDER THE AFOREMENTIONED ACT

THE AGENCY RESPONSIBLE HAS 20 CALENDAR DAYS

TO RESPOND TO THE WRITTEN REQUEST SO LONG

AS IT IS THE PROPER AGENCY TO WHICH THE REQUEST

IS ADDRESSED. EMPHASIS IS GIVEN AS THE

AGENCY TO WHICH THE REQUEST WAS MADE IS THE

COMPONENT THAT DENIED SAID COST OF LIVING INCREASE,

AND THEREFORE HAS TO HAVE THE INFORMATION REQUESTED

READILY AT THEIR DISPOSAL AS THE DEFENDANT DENIED

PLAINTIFF'S COST OF LIVING INCREASE FOR 2010 BASED

UPON IT. NO RESPONSE WAS RECIEVED TO ANY REQUEST,

AND BY LAW HAS TO BE DISCLOSED DIRECTLY TO

TO SAID PLAINTIFF WITHIN 20 DAYS, THE DEFENDANT

AS PER THE REGISTERED MAIL RECIEPT RECIEVED THE

REQUEST 3/15/2010.

A CLEAR AND INDESPUTABLE NEXUS EXISTS IN

THE DEFENDANT'S WILLFULL VIOLATION OF THE "FREEDOM

OF INFORMATION ACT," AND THE ASSERTION THAT

A COST OF LIVING INCREASE FOR 2010 WAS WITHELD

PREDICATED UPON THE CONSUMER PRICE INDEX SHOWING

NO INCREASE,

THE PLAINTIFF IS THOROUGHLY FAMILIAR WITH THE

CONSUMER PRICE INDEX AS A DIRECT RESULT OF

EMPLOYMENT AS A SOCIAL INSURANCE SPECIALIST (GS-11 RETIRED)

FOR A QUARTER OF A CENTURY. THE CONSUMER PRICE INDEX

IS THE VERY SAME INDEX THAT APPLIES TO SOCIAL SECURITY

RECIPIENTS FOR THEIR ANNUAL COST OF LIVING INCREASES

CONCURRENT WITH CIVIL SERVICE ANNUITANTS, AT THE

SAME TIME EACH YEAR. IN THE 25 YEARS EXPERIENCE

THAT THE PLAINTIFF HAS HAD WITH SAID AGENCY,

THERE WAS AN INCREASE IN THE CONSUMER PRICE INDEX

EACH AND EVERY YEAR, MOREOVER, SINCE THE DATE

OF PLAINTIFF'S RETIREMENT, THERE HAS BEEN AN INCREASE

IN THE CONSUMER PRICE INDEX EACH AND EVERY YEAR

SAID PLAINTIFF HAS BEEN A RETIRED CIVIL SERVICE ANNUITANT

ATTACHED ARE THE EXHIBITS TO SUBSTIATE EACH INCREASE

BEGINNING WITH 1999 THROUGH AND INCLUDING 2009 (1999= 2.5%

2000= 2.4%; 2001 = 3.5%; 2002= 2.6%; 2003= 1.4%;

2004 = 2.1%; 2005 = 2.7%; 2006 = 4.1%; 2007= 3.3%;

2008=2.3%; And 2009 = 5.6%). THE AVERAGE FOR THE

11 YEARS IS 2.95% PER YEAR. MOREOVER THE HIGHEST

INCREASE WAS IN 2009 AS 5+6%, TO STATE THAT THERE

WAS NO INCREASE DUE FOR 2010 DUE TO NO INFLATION

IS A SPECIOUS ARGUMENT PREDICATED UPON DOCUMENTATION

AND PLAINTIFF'S EXPERTISE AND KNOWLEDG WITH

WITH THE SOCIAL SECURITY ADMINISTRATION, WHICH

UTILIZES THE VERY SAME CONSUMER PRICE INDEX AND

STANDARDS AS CIVIL SERVICE ANNUITANTS. DOCUMENTATION

IS ATTACHED TO SUBSTANTIATE THE PLAINTIFF'S

WORK AND EMPLOYMENT RECORD. SEVERAL AWARDS

ARE MISSING, BUT ARE CONTAINED IN SAID PLAINTIFF'S

OFFICIAL PERSONNEL FILE, AMONG THEM A HIGH QUALITY

INCREASE AWARD FOR 1976.

THE SIGNIFICANCE OF A WITHHELD COST OF

LIVING INCREASE FOR JUST ONE YEAR IS THAT

IT INCREASES EXPONENTIALLY EACH AND EVERY

YEAR THAT AN INDIVIDUAL IS ALIVE AS HE LOSES

THE INITIALLY WITHHELD AMOUNT, INCREASED BY

ANY SUBSEQUENTLY APPLIED COST OF LIVING INCREASES

THAT ARE PAYABLE IN EACH SUCCEEDING YEAR OF

LIFE. AS SUCH THE AMOUNT WITHHELD INCREASES

ON A YEARLY BASIS, NOT JUST FOR THE ONE YEAR

IT WAS INITIALLY WITHHELD; AND THIS IS JUST

FOR ONE DENIED INCREASE! REPETION WOULD TOTALLY

DESTROY THE VALUE OF AN ANNUITANTS PENSION.

THE ASSERTION THAT NO INFLATION HAS OCCURRED

FOR THE REASONS AND RATIONALE CITED ABOVE

IS TOTALLY SUSPECT, AND IN COMBINATION

WITH THE DEFENDANT'S WILLFULL VIOLATION OF

THE FREEDOM OF INFORMATION ACT REGARDING

THE RELEASE OF ALL DOCUMENTATION AND

FIGURES TO SUBSTANTIATE THERE ASSERTION

OF NO INCREASE IN THE CONSUMER PRICE INDEX

CREATES THE NEXUS PREVIOUSLY INDICATED.

THE DENIAL OF A LEGITIMATE COST OF LIVING

INCREASE DUE FOR CALENDAR YEAR 2010 BY

THE DEFENDANT IS A DIRECT ATTACK ON

THE INVIOLABILITY OF THE PLAINTIFF'S CIVIL

SERVICE PENSION BY THE REDUCTION OF SAID

PENSION AS A DIRECT RESULT OF INFLATION

THAT HAS OCCURRED, IN COMBINATION WITH THE

DENIAL OF A LEGITIMATELY ENTITLED COST OF

LIVING INCREASE THAT IS LEGALLY BINDING

UPON THE DEFENDANT AND DUE TO THE PLAINTIFF

FOR CALENDAR YEAR 2010.

THE PLAINTIFF THEREFORE RESPECTFULLY ENTERS

THIS MOTION/COMPLAINT FOR REDRESS OF THESE GRIEVANCES.

SIGNATURE

FULL NAME PRINTED, JAMES SALANITRO

MAILING ADDRESS 1768 HEATHER WOOD DRIVE

CITY, STATE, ZIP CODE JACKSONVILLE, FLORIDA 32259

PHONE NUMBER  904-230-0216

DATE - 04/25/2010

_1_

## EVIDENTIARY EXHIBITS

1. NOTIFICATION OF PERSONNEL ACTION - 12/30/97
   RETIREMENT

2. PS FORM 3811 DOMESTIC RETURN RECIEPT - 3/15/2010
   RECIEVED BY OFFICE OF PERSONNEL MGMT.
   RET. OPS. CENTER, BOYERS PA.

3. CERTIFIED MAIL RECIEPT DATED 3/11/2010 TO
   OFFICE OF PERS. MGT., BOYERS PA.

4. LETTER DATED 3/10/2010 TO OFFICE OF
   PERS. MGMT, RET. OPS, BOYERS PA. - FREEDOM
   OF INFORMATION REQUEST. 2 PAGES

5. PERFORMANCE AWARDS ISSUED BY SOCIAL
   SECURITY ADMINISTRATION TO PLAINTIFF
   a) 1980                    F) NOVEMBER 28, 1993
   b) 3/1/87                  G) NOVEMBER 1, 1992
   c) MAY 2, 1988             H) 11/18/1990
   D) DECEMBER 1989
   E) SEPTEMBER 19, 1992

6. CIVIL SERVICE FORM 2801 -  COST OF LIVING INCREASES
                              EXPLAINED

7. FORMS RI 20-53 - NOTICES OF ANNUITY ADJUSTMENT
   a) 1/2/2010 - NO COST OF LIVING INCREASE
   b) 1/2/2009 - 5.6% INCREASE
   C) 1/2/2008 - 2.3% INCREASE
   D) 1/2/2007 - 3.3% INCREASE
   E) 1/3/2006 - 4.1% INCREASE

EVIDENTIARY EXHIBITS (CONTINUED)

7. F) 1/3/2005- 2.7% INCREASE
   G) 1/2/2004 - 2.1% INCREASE
   H) 1/2/2003 - 1.4% INCREASE
   I) 1/2/2002 - 2.6% INCREASE
   J) 6/1/2001 - JANUARY 2000 COLA IS 2.5%;
       THE 2001 COLA OF 3.5% IS CORRECT-
   K) 1/2/2001 - 3.5% INCREASE
   L) 1/3/2000 - INCREASE 2.4%

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SALANITRO          JAMES | ____-5501 | 04-18-44 | 12-30-97 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 303 | RETIREMENT-SPECIAL OPTION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V3P | 5 U.S.C. 8336(D)(2) | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| AZM | OPM AUTH 97-20 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SOCIAL INSURANCE SPECIALIST    3C3620 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0105 | 11 | 10 | $48,761.00 | PA | | | | | | |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $46,523.00 | $2,238 | $48,761.00 | $0 | | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| SSA, OPERANS, ORC, OFC REGNL COMMSNR ATLANTA, AREA DIR #10, DO, JACKSONVILLE , FL<br><br>S2D4TZ03 | |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other<br>2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30%<br>**1** | 0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite<br>**1** | 1 | YES   **NO** |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C   BASIC ONLY | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CSRS | 12-10-72 | F   FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved<br>**1** | E – Exempt<br>**N** – Nonexempt | 84006655   47303 | 1535 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) | | |
|---|---|---|---|
| 121510031 | JACKSONVILLE | FLORIDA | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 18 | 8 | F10A | 09-15-96 | 12 00 000000 |

45. Remarks

REASON FOR RETIREMENT: AGE AND SERVICE
FORWARDING ADDRESS: P O BOX 57202 JACKSONVILLE FL  32241
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE
SF-8 COMPLETED AND COPY PROVIDED EMPLOYEE ON 12-30-97.

18  98026  01360  00022  00410                    A

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SOCIAL SECURITY ADMINISTRATION | THERESA D. SPEARMAN |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |

| | |
|---|---|
| TURN OVER FOR IMPORTANT INFORMATION | 01-24-98   DIRECTOR, CHR |

3-Part  50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**ER: COMPLETE THIS SECT**

Complete Items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

MAR 15 2010

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

OFFICE OF PERSONNEL MGMT,
RETIREMENT OPS, CENTER
PO BOX 45
BOYERS, PENNSYLVANIA-
16017-0045

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7009 2250 0002 3177 2353

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Service

ED MAIL RECEIPT
Mail Only; No Insurance Coverage Provided)

very information visit our website at www.usps.com

**OFFICIAL USE**

Postage   $

Return Receipt Fee    $2.30
(Endorsement Required)

Restricted Delivery Fee    $0.00
(Endorsement Required)    MAR 11 2010

Total Postage & Fees    $    $5.54

Postmark
Here

03/11/2010

Sent To
OFFICE OF PERSONNEL MGMT.
Street, Apt. No.;
or PO Box No.   PO BOX 45
City, State, ZIP+4
BOYERS, PENNSYLVANIA 16017-0045

PS Form 3800, August 2006    See Reverse for Instructions

CSA No. 3-810474-0

3/11/2010

JAMES SALANITRO

1768 HEATHERWOOD DRIVE

JACKSONVILLE, FLORIDA

32259

OFFICE OF PERSONNEL MANAGEMENT

RETIREMENT OPERATIONS CENTER

PO BOX 45

BOYERS PENNSYLVANIA 16017-0045

GENTLEMEN:

On 3 SEPARATE OCCASIONS BETWEEN NOVEMBER 2009 AND JANUARY 2010 I CONTACTED OPM VIA TELEPHONE AND REQUESTED THE COMPLETE COPIES OF THE CRITERIA/WORDS AS CONTAINED IN TITLES OF THE US CODE, SECTIONS 8340(B) AND 8462(B) WHICH WERE QUOTED IN FORM RI-20-53 (WHICH I DID NOT RECIEVE UNTIL THE END OF DECEMBER 2009) AS THE BASIS FOR DENIAL OF A COST OF LIVING ADJUSTMENT TO MY CIVIL SERVICE ANNUITY.

THE ANNUITY ADJUSTMENT NOTICE STATED THAT THERE WAS NO CHANGE IN THE CONSUMER PRICE INDEX AND THAT THIS INDEX USED ONLY A ONE-QUARTER COMPARISON IN DETERMINING WHETHER AN INCREASE WAS DUE.

I AM RETIRED FROM THE SOCIAL SECURITY ADMINISTRATION UNDER CIVIL SERVICE, AND AM FAMILIAR WITH THE

CONSUMER PRICE INDEX. THIS IS THE VERY SAME
INDEX THAT IS USED TO DETERMINE THE COST OF
LIVING ADJUSTMENTS THAT WERE AND ARE GRANTED
TO SOCIAL SECURITY RECIPIENTS ON A YEARLY BASIS
AS WELL. THIS INDEX HAS ALWAYS BEEN
COMPUTED ON A CALENDAR YEAR BASIS FOR
COMPARISON (12 MONTHS) FOR AN ACCURATE DETERMINATION.

I REQUESTED THAT I BE FURNISHED WITH
EACH OF THE ABOVE CITED SECTIONS, AND ALSO REQUESTED
THE APPLICABLE LAW AND REGULATION CONCERNING THE
CONSUMER PRICE INDEX ITSELF, AND THE EFFECTIVE
DATE THE CONSUMER PRICE INDEX WAS CHANGED.

THREE SEPERATE REQUESTS WERE MADE, ONE OF WHICH
WAS MADE VIA A SUPERVISOR THAT IDENTIFIED THEMSELVES
AS SUCH. NONE OF THE REQUESTS WERE EVER RESPONDED
TO EVEN THOUGH I WAS ASSURED IT WOULD BE.

I AM NOW REQUESTING THIS INFORMATION
BE FURNISHED TO ME TIMELY AND IN WRITING
UNDER THE FREEDOM OF INFORMATION ACT SINCE
IT WAS USED AS A BASIS TO SAY THERE WAS
NO INFLATION, AN TO DENY THE ANNUAL COST OF
LIVING ADJUSTMENT THAT I HAVE RECIEVED EACH
YEAR SINCE MY RETIREMENT UNDER CIVIL SERVICE
12/30/97.

THANK YOU
SINCERELY
JAMES SALANITRO

**U.S. Department of Health and Human Services**

JAMES SALANITRO

**Exemplary Performance**

*is hereby awarded this Certificate for*

*Received During 1980*

*Principal Regional Official*

Region II

---

**Sustained Superior Performance Award**

presented to

JAMES SALANITRO

Marvin Kovel
Approving Official

Area Director
Title

3/1/87
Effective Date

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

---

**Performance Award**

presented to

JAMES SALANITRO

JOHN ALLOCCA
Approving Official

AREA DIRECTOR, AREA II
Title

DECEMBER 1988
Effective Date

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

---

**Performance Award**

presented to

JAMES SALANITRO

JOHN ALLOCCA
Approving Official

AREA DIRECTOR, AREA IV
Title

JULY 7, 1985
Effective Date

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration



*Performance
Award*

presented to

James Salanitro

 November 28, 1993
Approving Official                        Effective Date

District Manager
Title

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

SSA Pub No. 21-114



*Performance
Award*

presented to

James Salanitro

 November 1, 1992
Approving Official                        Effective Date

District Manager
Title

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

SSA Pub No. 21-114



*Special Act or
Service Award*

presented to

James Salanitro

September 10, 1992
Approving Official                 Effective Date

District Manager
Title

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration

*Performance
Award*

presented to   JAMES SALANITRO



JOHN ALLOCCA                       11/18/90
Approving Official                        Effective Date

AREA DIRECTOR, IX
Title

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Social Security Administration



Standard Form 2801
Revised January 1990
Previous editions are not usable

U.S. Office of Personnel Management
FPM Supplement 830-1

NSN: 7540-00-634-4250

**Civil Service
Retirement System**

# Application for Immediate Retirement Under the Civil Service Retirement System

## Includes Information, Instructions, and Most Necessary Forms

### Cost of Living Increases

1. **Limitation on amount of increase.** An annuity may not be increased by a cost-of-living adjustment to an amount that exceeds the greater of (a) the maximum pay payable for a GS-15 thirty days before the effective date of the adjustment, or (b) the final pay (or average pay, if higher) of the retired employee, increased by the overall annual percentage adjustments (compounded) in General Schedule rates of pay since the employee's retirement.

2. **Determination of amount of increase and effective date.** Cost-of-living increases are effective on December 1 and are payable in the January annuity payment. They are determined by the percentage increase in the average Consumer Price Index for the "base quarter" of the year in which they are effective over the "base quarter" of the preceding year. The "base quarter" is July, August, and September. The first cost-of-living increase you receive will be prorated to reflect the number of months you are on the retirement rolls before the increase is effective.

### Payment and Accrual of Annuity

All annuities are payable in monthly installments on the first business day of the month following the one for which the annuity has accrued. All annuities are adjusted to the next lower dollar.

The commencing date of most annuities is the first day of the month after pay ceases and all other requirements for title to annuity are met. There are three exceptions, however: (1) disability annuities, (2) annuities based on involuntary separations, and (3) annuities based on voluntary retirement of employees who are in pay status for three days or less in the month of retirement. In these three instances, annuities commence no later than the day after pay ceases and all other requirements for title to annuity are met.



**NOTICE OF ANNUITY ADJUSTMENT**

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | OTHER DEDUCTIONS OR ADDITIONS | | | | NET MONTHLY PAYMENT |
| | | | CODE | AMOUNT | CODE | AMOUNT | |
| | | | 46 | -16.50 | | | |
| | | | 31 | -215.69 | | | |
| 2163.00 | -134.66 | | | | | | 1796.07 |
| | | | 46 | -16.50 | | | |
| | | | 31 | -231.22 | | | |
| 2288.00 | -134.66 | | | | | | 1905.84 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

REFER TO THIS NUMBER WHENEVER YOU CONTACT OPM

YOUR PAYMENT DATED: 01/02/2009

CLAIM NUMBER ___74 0

You may use this notice as proof of your current rate of annuity.

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 5.8%
COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS
ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR
ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING
REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS
TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS
MADE AFTER DECEMBER 31, 2008, YOU HAVE SUBMITTED
A REVISED WITHHOLDING REQUEST, AND/OR BECAUSE WE ARE
NO LONGER ROUNDING THE AMOUNT WITHHELD TO WHOLE
DOLLARS.

THE NET AMOUNT OF YOUR FEBRUARY 2009 PAYMENT WILL
REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND
ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

---



**NOTICE OF ANNUITY ADJUSTMENT**

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | OTHER DEDUCTIONS OR ADDITIONS | | | | NET MONTHLY PAYMENT |
| | | | CODE | AMOUNT | CODE | AMOUNT | |
| | | | 46 | -16.50 | | | |
| | | | 31 | -231.22 | | | |
| 2288.00 | -152.06 | | | | | | 1888.14 |
| | | | 46 | -16.50 | | | |
| | | | 31 | -203.72 | | | |
| 2288.00 | -152.06 | | | | | | 1915.84 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

REFER TO THIS NUMBER WHENEVER YOU CONTACT OPM

YOUR PAYMENT DATED: 01/02/2010

CLAIM NUMBER ___4 0

You may use this notice as proof of your current rate of annuity.

ANNUITIES ARE INCREASED FOR COST-OF-LIVING ADJUSTMENT
(COLA) BASED ON THE CRITERIA IN TITLE 5, U.S. CODE,
SECTIONS 8340(B) AND 8462 (B). THE CONSUMER PRICE
INDEX FOR THE QUARTER ENDING SEPTEMBER 30, 2009, DID
NOT INCREASE WHEN COMPARED WITH THE SAME INDEX FOR
THE THIRD QUARTER IN 2008. THEREFORE, NO COLA IS
PAYABLE IN 2010.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR
ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING
REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS
TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS
MADE AFTER DECEMBER 31, 2009, YOU HAVE SUBMITTED
A REVISED WITHHOLDING REQUEST, AND/OR BECAUSE WE ARE
NO LONGER ROUNDING THE AMOUNT WITHHELD TO WHOLE
DOLLARS.

THE NET AMOUNT OF YOUR FEBRUARY 2010 PAYMENT WILL
REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND
ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

SSA-1800-772-
1213

---

**NOTICE OF ANNUITY ADJUSTMENT**

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | OTHER DEDUCTIONS OR ADDITIONS | | | | NET MONTHLY PAYMENT |
| | | | CODE | AMOUNT | CODE | AMOUNT | |
| | | | 46 | -16.50 | | | |
| | | | 31 | -202.60 | | | |
| 2048.00 | -125.82 | | | | | | 1703.60 |
| | | | 46 | -16.50 | | | |
| | | | 31 | -211.00 | | | |
| 2115.00 | -125.82 | | | | | | 1761.60 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

REFER TO THIS NUMBER WHENEVER YOU CONTACT OPM

YOUR PAYMENT DATED: 01/02/2007

CLAIM NUMBER ___34 0

Reason for adjustment.    You may use this notice as proof of your current rate of annuity.

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 3.3%
COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS
ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR
ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING
REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS
TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS
MADE AFTER DECEMBER 31, 2006, OR YOU HAVE SUBMITTED
A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2007 PAYMENT WILL
REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND
ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

---



**NOTICE OF ANNUITY ADJUSTMENT**

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | OTHER DEDUCTIONS OR ADDITIONS | | | | NET MONTHLY PAYMENT |
| | | | CODE | AMOUNT | CODE | AMOUNT | |
| | | | 46 | -16.50 | | | |
| | | | 31 | -211.00 | | | |
| 2115.00 | -124.15 | | | | | | 1763.27 |
| | | | 46 | -16.50 | | | |
| | | | 31 | -215.69 | | | |
| 2163.00 | -124.15 | | | | | | 1806.66 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

REFER TO THIS NUMBER WHENEVER YOU CONTACT OPM

YOUR PAYMENT DATED: 01/02/2008

CLAIM NUMBER ___74 0

Reason for adjustment.    You may use this notice as proof of your current rate of annuity.

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 2.3%
COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS
ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR
ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING
REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS
TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS
MADE AFTER DECEMBER 31, 2007, YOU HAVE SUBMITTED
A REVISED WITHHOLDING REQUEST, AND/OR BECAUSE WE ARE
NO LONGER ROUNDING THE AMOUNT WITHHELD TO WHOLE
DOLLARS.

THE NET AMOUNT OF YOUR FEBRUARY 2008 PAYMENT WILL
REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND
ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

---

**NOTICE OF ANNUITY ADJUSTMENT**

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | OTHER DEDUCTIONS OR ADDITIONS | | | | NET MONTHLY PAYMENT |
| | | | CODE | AMOUNT | CODE | AMOUNT | |
| | | | 46 | -16.50 | | | |
| | | | 31 | -186.00 | | | |
| 1917.00 | -244.50 | | | | | | 1469.04 |
| | | | 46 | -16.50 | | | |
| | | | 31 | -192.00 | | | |
| 1968.00 | -244.50 | | | | | | 1514.04 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

REFER TO THIS NUMBER WHENEVER YOU CONTACT OPM

YOUR PAYMENT DATED: 01/03/2005

CLAIM NUMBER ___74

You may use this notice as proof of your current rate of annuity.

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 2.7%
COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS
ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR
ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING
REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS
TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS
MADE AFTER DECEMBER 31, 2004, OR YOU HAVE SUBMITTED
A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2005 PAYMENT WILL
REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND
ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

---



**NOTICE OF ANNUITY ADJUSTMENT**

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | OTHER DEDUCTIONS OR ADDITIONS | | | | NET MONTHLY PAYMENT |
| | | | CODE | AMOUNT | CODE | AMOUNT | |
| | | | 46 | -16.50 | | | |
| | | | 31 | -192.00 | | | |
| 1968.00 | -109.87 | | | | | | 1649.55 |
| | | | 46 | -16.50 | | | |
| | | | 31 | -202.00 | | | |
| 2048.00 | -109.87 | | | | | | 1719.55 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

REFER TO THIS NUMBER WHENEVER YOU CONTACT OPM

YOUR PAYMENT DATED: 01/03/2006

CLAIM NUMBER ___74

You may use this notice as proof of your current rate of annuity.

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 4.1%
COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS
ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR
ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING
REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS
TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS
MADE AFTER DECEMBER 31, 2005, OR YOU HAVE SUBMITTED
A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2006 PAYMENT WILL
REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND
ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.





## NOTICE OF ANNUITY ADJUSTMENT

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY BENEFITS | MEDICARE | CODE | AMOUNT | CODE | AMOUNT | NET MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| | | | 46 | -17.13 | | | |
| | | | 31 | 163.00 | | | |
| 1653.00 | -205.46 | | | | | | 1447.41 |
| | | | 46 | -17.13 | | | |
| | | | 31 | -166.00 | | | |
| 1878.00 | -205.46 | | | | | | 1469.41 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

YOUR PAYMENT DATED: 01/02/2003

Reason for Adjustment.     *You may use this notice as proof of your current rate of annuity.*

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 1.4% COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING REASONS:  YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS MADE AFTER DECEMBER 31, 2002, OR YOU HAVE SUBMITTED A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2003 PAYMENT WILL REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

## NOTICE OF ANNUITY ADJUSTMENT

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY BENEFITS | MEDICARE | CODE | AMOUNT | CODE | AMOUNT | NET MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| | | | 46 | -16.58 | | | |
| 1878.00 | -227.98 | | 31 | -160.00 | | | 1453.44 |
| | | | 46 | -16.58 | | | |
| 1917.00 | -227.98 | | 31 | -186.00 | | | 1466.44 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

YOUR PAYMENT DATED: 01/02/2004

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 2.1% COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING REASONS:  YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS MADE AFTER DECEMBER 31, 2003, OR YOU HAVE SUBMITTED A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2004 PAYMENT WILL REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

## NOTICE OF ANNUITY ADJUSTMENT

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFIT | MONTHLY MEDICARE | CODE | AMOUNT | CODE | AMOUNT | NET MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| | | | 46 | -17.13 | | | |
| | | | 31 | -201.00 | | | |
| 1805.00 | -175.30 | | | | | | 1411.57 |
| | | | 46 | -17.13 | | | |
| | | | 52 | +34.00 | | | |
| | | | 31 | -207.00 | | | |
| 1807.00 | -175.30 | | | | | | 1441.57 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS AND ADDITIONAL INFORMATION
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

YOUR PAYMENT DATED: 01/01/2001

Reason for Adjustment.     *You may use this notice as proof of your current rate of annuity.*

YOUR PAYMENT HAS CHANGED. SINCE THE 1999 CONSUMER PRICE INDEX WAS UNDER-REPORTED, THE 2.4% COLA YOU RECEIVED IN JANUARY 2000 SHOULD HAVE BEEN 2.5%. THE 3.5% COLA FOR 2001 IS CORRECT. YOUR NEW GROSS MONTHLY ANNUITY HAS BEEN ADJUSTED TO REFLECT THIS. YOUR PAYMENT THIS MONTH INCLUDES A ONE-TIME, RETROACTIVE PAYMENT OF $34.00. YOUR JULY PAYMENT WILL NOT INCLUDE THIS AMOUNT, BUT WILL CONTINUE TO REFLECT THE NEW GROSS MONTHLY ANNUITY.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR ANNUITY HAS CHANGED, EITHER BECAUSE YOUR ANNUITY AMOUNT CHANGED, OR BECAUSE YOU REVISED YOUR WITHHOLDINGS, OR BOTH. IF THE FEDERAL TAX WITHHOLDING CHANGE OCCURRED ONLY BECAUSE OF A ONE-TIME PAYMENT IN YOUR JUNE ANNUITY (AND YOU MADE NO OTHER FEDERAL TAX WITHHOLDING CHANGES DURING JUNE), WE WILL NOT SEND YOU ANOTHER NOTICE BEFORE YOUR JULY PAYMENT.

## NOTICE OF ANNUITY ADJUSTMENT

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFIT | MONTHLY MEDICARE | CODE | AMOUNT | CODE | AMOUNT | NET MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| | | | 46 | -17.13 | | | |
| | | | 31 | -202.00 | | | |
| 1807.00 | -175.30 | | | | | | 1412.57 |
| | | | 46 | -17.13 | | | |
| | | | 31 | -209.00 | | | |
| 1853.00 | -175.30 | | | | | | 1451.57 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

YOUR PAYMENT DATED: 01/02/2002

Reason for Adjustment.     *You may use this notice as proof of your current rate of annuity.*

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 2.6% COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR ANNUITY HAS CHANGED BECAUSE YOUR ANNUITY AMOUNT HAS CHANGED OR YOU HAVE SUBMITTED A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2002 PAYMENT WILL REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.

## NOTICE OF ANNUITY ADJUSTMENT

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFIT | MONTHLY MEDICARE | CODE | AMOUNT | CODE | AMOUNT | NET MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| | | | 46 | -17.13 | | | |
| | | | 31 | -100.00 | | | |
| 1704.00 | -135.03 | | | | | | 1363.84 |
| | | | 46 | -17.13 | | | |
| | | | 31 | -193.00 | | | |
| 1744.00 | -135.03 | | | | | | 1398.84 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

YOUR PAYMENT DATED: 01/03/2000

Reason for Adjustment.     *You may use this notice as proof of your current rate of annuity.*

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 2.4% COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS MADE AFTER DECEMBER 31, 1999, OR YOU HAVE SUBMITTED A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2000 PAYMENT WILL REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.



## NOTICE OF ANNUITY ADJUSTMENT

This notice informs you of a change in the amount of your payments. Please read the back of the notice. If you have questions, call us or write to the address shown below.

| GROSS MONTHLY ANNUITY | MONTHLY HEALTH BENEFITS | MONTHLY MEDICARE | CODE | AMOUNT | CODE | AMOUNT | NET MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| | | | 46 | -17.13 | | | |
| | | | 31 | -193.00 | | | |
| 1744.00 | -144.69 | | | | | | 1289.18 |
| | | | 46 | -17.13 | | | |
| | | | 31 | -201.00 | | | |
| 1805.00 | -144.69 | | | | | | 1442.18 |

*SEE BACK FOR CODES FOR OTHER DEDUCTIONS OR ADDITIONS
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT OPERATIONS CENTER
PO BOX 45
BOYERS PA 16017-0045

YOUR PAYMENT DATED: 01/02/2001

Reason for Adjustment.     *You may use this notice as proof of your current rate of annuity.*

YOUR NEW GROSS MONTHLY ANNUITY REFLECTS THE 3.5% COST-OF-LIVING ADJUSTMENT. BY LAW, THE INCREASE IS ROUNDED DOWN TO THE NEXT WHOLE DOLLAR.

THE AMOUNT OF FEDERAL INCOME TAX WITHHELD FROM YOUR ANNUITY HAS CHANGED FOR ANY OF THE FOLLOWING REASONS: YOUR ANNUITY AMOUNT HAS CHANGED, THE IRS TAX WITHHOLDING RATES HAVE CHANGED FOR PAYMENTS MADE AFTER DECEMBER 31, 2000, OR YOU HAVE SUBMITTED A REVISED WITHHOLDING REQUEST.

THE NET AMOUNT OF YOUR FEBRUARY 2001 PAYMENT WILL REFLECT THE CHANGE IN HEALTH INSURANCE PREMIUMS AND ANY OPEN SEASON CHANGE YOU MAY HAVE MADE.